## IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS

Kostovetsky,

Plaintiff(s),

v.

Ambit Energy Holdings, LLC., et al.,

Defendant(s).

Case No. 15 C 2553
Judge Gary Feinerman

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $          ,

which ☐ includes          pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

---

☒ other: Judgment is entered against Plaintiff Oleg Kostovetsky and in favor of Defendants Ambit Energy Holdings, LLC, Ambit Midwest, LLC, Ambit Texas, LLC, Ambit Northeast LLC, Ambit Marketing, LLC, Ambit New York, LLC, Ambit Marketing, LLC, Ambit Illinois, LLC, Ambit California, LLC, Ambit Holdings, LLC, Ambit New Jersey, LLC, Ambit Management, Inc., Ambit Group, L.P., Ambit Systems, Inc., Jere Thompson, Jr., and Chris Chambless.

---

This action was *(check one)*:

☐ tried by a jury with Judge          presiding, and the jury has rendered a verdict.
☐ tried by Judge          without a jury and the above decision was reached.
☒ decided by Judge Gary Feinerman on a motion for summary judgment.

---

Date: 3/10/2017                         Thomas G. Bruton, Clerk of Court

/s/ Jackie Deanes , Deputy Clerk